IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KAILAND CONSTRUCTION, INC.,
AND MICHAEL K. FARMER,

      Appellants,

         Case No.  5D22-1661
  v.                        LT Case No. 2018-CA-0176


JOHN MULLINAX AND LYNDA MULLINAX,

      Appellees.
_____/

Decision filed August 8, 2023

Appeal from the Circuit Court
for Marion County,
Gary L. Sanders, Judge.

Chance Lyman and Steven C.
Pratico, of Buchanan Ingersoll &
Rooney PC, Tampa, for Appellants.

Stanley W. Plappert, of The Florida
Legal Advocacy Group, P.A.,
Ocala, for Appellees.


PER CURIAM.

     AFFIRMED.


LAMBERT, BOATWRIGHT and KILBANE, JJ., concur.